IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

ANTONIO HARRELL                                        PLAINTIFF

v.                  No. 3:19-cv-144-DPM-PSH

MARTY BOYD, Sheriff,
Craighead County Detention Center;
T. RAYMOND, Assistant Jail Administrator,
Craighead County Detention Center;
STERLING, Officer, Craighead County
Detention Center; KEITH HARRELL,
Supervisor/Administrator, Craighead
County Detention Center; RAIN, Officer,
Craighead County Detention Center;
POTTER, Officer, Craighead County
Detention Center; and KEITH BOWERS,
Officer, Craighead County Detention Center     DEFENDANTS

ORDER

1. Unopposed partial recommendation, № 8, adopted. FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes). Harrell's claims against Raymond, Harrell, Sterling, Potter, and Rain are dismissed without prejudice for failure to state a claim.

2. Harrell's mail is being returned. № 10. If Harrell does not update his address by 16 October 2019, his remaining claims will be dismissed without prejudice. № 11; LOCAL RULE 5.5(c)(2).

So Ordered.

*DPMarshallJr.*
D.P. Marshall Jr.
United States District Judge

*16 November 2019*