# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

ANTONIO HARRELL                                         PLAINTIFF

v.                    No: 3:19-cv-144-DPM

MARTY BOYD, SHERIFF, Craighead
County Detention Center; and KEITH
BOWERS, Officer, Craighead County
Detention Center                                 DEFENDANTS

## ORDER

1. The Court withdraws the reference.

2. Harrell hasn't updated his address; his mail is still being returned undelivered. № 17–20. His complaint will therefore be dismissed without prejudice. LOCAL RULE 5.5(c)(2). An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

23 October 2019