IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

ANTONIO HARRELL                                    PLAINTIFF

v.                 No: 3:19-cv-144-DPM

MARTY BOYD, SHERIFF, Craighead
County Detention Center; and KEITH
BOWERS, Officer, Craighead County
Detention Center                               DEFENDANTS

## JUDGMENT

Harrell's complaint is dismissed without prejudice.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

23 October 2019